Matter of Sa'Riah C.-J. (Juandrea C.) (2025 NY Slip Op 03404)

Matter of Sa'Riah C.-J. (Juandrea C.)

2025 NY Slip Op 03404

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., SMITH, GREENWOOD, DELCONTE, AND HANNAH, JJ.

125 CAF 23-01572

[*1]IN THE MATTER OF SA'RIAH C.-J., CORNELL C.-J., AND CATALAYA J. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, PETITIONER-RESPONDENT;
and
JUANDREA C., RESPONDENT. TONYA J., INTERVENOR-RESPONDENT-APPELLANT. 

LAW OFFICES OF RANDALL S. CARMEL, JERICHO (RANDALL S. CARMEL OF COUNSEL), FOR INTERVENOR-RESPONDENT-APPELLANT. 
JOHN P. BRINGEWATT, COUNTY ATTORNEY, ROCHESTER (MARY WHITESIDE OF COUNSEL), FOR PETITIONER-RESPONDENT. 
ALISON BATES, VICTOR, ATTORNEY FOR THE CHILDREN. 
MICHAEL J. CAPUTO, ROCHESTER, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Monroe County (Stacey Romeo, J.), entered January 23, 2023, in a proceeding pursuant to Social Services Law § 384-b. The order, inter alia, transferred the guardianship and custody of the subject children to petitioner. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court